# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA**
*ex rel.* J. Bryan Quesenberry,

    **Plaintiff-Relator,**

v.                                                                    Case No: 6:23-cv-543-PGB-DCI

**COCOA BEACH BEVERAGES LLC d/b/a DANCERS ROYALE and DANCERS ROYALE COCOA BEACH; FLORIDA BEVERAGE CORPORATION d/b/a RACHEL'S and RACHEL'S NORTH; FOX HOLE, INC. d/b/a DANCERS ROYALE; GULF COAST HOLDINGS LLC d/b/a OZ and OZ GENTLEMEN'S CLUB; JBM MANAGEMENT OF TAMPA. INC. d/b/a THEE DOLLHOUSE; OC FLASH DANCERS, LLC d/b/a FLASH DANCERS ORLANDO; TAMPA FOOD and HOSPITALITY, INC. d/b/a SCORES, SCORES TAMPA, and SCORES GENTLEMEN'S CLUB & PRIME STEAKHOUSE; WACKOS TOO. INC. d/b/a WACKOS, and 5526 S.O.B.T, LLC d/b/a LE PALACE,**

    **Defendants.**
_____/

## ORDER

This cause comes before the Court on Plaintiff-Relator J. Bryan Quesenberry's ("**Plaintiff-Relator**") Notice of Dismissal. (Doc. 16 (the

"**Notice**")). Plaintiff-Relator informs the Court that he dismisses the claims pursued against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and 31 U.S.C. § 3730(b)(1). (*See id.*). The United States of America has advised that it consents to the dismissal. (Doc. 17); *see* 31 U.S.C. § 3730(b)(1). Plaintiff-Relator's claims against Defendants are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 31, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Shawn P. Napier
U.S. Attorney's Office
400 W Washington St., Suite 3100
Orlando, FL 32801

Lacy R. Harwell, Jr.
U.S. Attorney's Office
400 N Tampa St., Suite 3200
Tampa, FL 33602

J. Bryan Quesenberry
2750 SW Coast Ave
Lincoln City, OR 97367